UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEWART PERSINGER,
    Plaintiff,

vs.                                     Case No.:  3:23cv24572/LAC/ZCB

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

      The magistrate judge issued a Report and Recommendation on October 23, 2023.  (Doc. 12).  The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file Objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff did file Objections (Docs. 13 – 15), and I have made a *de novo* determination of them along with the Report.

      Dismissal was recommended because of Plaintiff's abuse of the judicial process in that he failed to disclose all of his previous cases as required on the prisoner complaint form.  In his objections, Plaintiff points out that he has filed numerous cases in this and other courts and states that he identified his previous cases to the best of his knowledge.  Thus, he argues that he should not be expected to remember every case he has filed.

1

The Court notes, however, that the case that Plaintiff was specifically found not to have disclosed, Case No. 7:95cv298/SGW, *was* identified by Plaintiff in a case he recently filed with this Court, Case No. 4:23cv96/MCR/MJF. As in the instant case, Case No. 4:23cv96/MCR/MJF was dismissed as malicious for Plaintiff's failure to disclose all of his cases. Nonetheless, even as Plaintiff suffered the dismissal of that case in July of 2023, and indeed filed motions to reconsider that stretched into August of 2023, he failed to include the previous case in question when he filed the instant complaint shortly thereafter in September of 2023. Whatever the reason for Plaintiff's failure to disclose, it cannot be chalked up to a simple matter of excusable forgetfulness.

Having considered the Report and Recommendation and the Objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

3. The Clerk of Court is directed to enter judgment in accordance with this order, terminate all pending motions, and close the case.

**ORDERED** on this 6th day of November, 2023.

                                                       *s/L.A. Collier*
                                                      Lacey A. Collier
                                       Senior United States District Judge